UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,    **CONSENT TO PROCEED BY**
                             **VIDEO OR TELE CONFERENCE**
          -against-

Ralphy Delvis Polanco-Terrero
                Defendant(s).
------------------------------------------------------------------X

Defendant Ralphy Delvis Polanco-Terrero hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

☐      Bail/Detention Hearing

☐      Conference Before a Judicial Officer - Assignment of Counsel


/s/ Ralphy D. Polanco-Terrero                    Susanne Brody /s/
Defendant's Signature by permission              Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ralphy Delvis Polanco-Terrero                    Susanne Brody
Print Defendant's Name                           Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

October 16, 2020
Date
                                                 _____
                                                 The Honorable Paul Davison
                                                 U.S. Magistrate Judge
                                                 Southern District of New York